IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
          v.                        )          No. 11-04028-01-CR-C-NKL
                                    )
LOUIS MICHAEL PATTIE,               )
                                    )
                    Defendant.      )


**ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J.

Whitworth, to which no objection has been filed, the pleas of guilty to Counts One, Three and

Four of the Indictment are now accepted.   Defendant is adjudged guilty of such offenses.

Sentencing will be set by subsequent order of the court.


                                     s/ NANETTE K. LAUGHREY
                                    NANETTE K. LAUGHREY
                                    United States District Judge


Dated: January 10, 2012